U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–6366. TURNER *v.* VIRGINIA. Sup. Ct. Va.;

No. 80–6368. JONES *v.* ZANT, WARDEN. Super. Ct. Ga., Butts County; and

No. 80–6375. SOLOMON *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 80–6366, 221 Va. 513, 273 S. E. 2d 36; No. 80–6375, 247 Ga. 27, 277 S. E. 2d 1.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–1157. ROSEWELL, TREASURER OF COOK COUNTY, ILLINOIS, ET AL. *v.* LASALLE NATIONAL BANK, TRUSTEE, 450 U. S. 503;

No. 79–1733. W. D. R. *v.* TAYLOR COUNTY CHILD WELFARE UNIT, 450 U. S. 989;

No. 80–537. IN RE J. W. B. ET AL., 450 U. S. 990;

No. 80–763. ESTELLE, CORRECTIONS DIRECTOR *v.* JUREK, 450 U. S. 1014;

No. 80–840. WEBER ET AL. *v.* BARRETT, 450 U. S. 1022;

No. 80–1021. WOOD *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (FIVE POINTS SHOPPING CENTER, REAL PARTY IN INTEREST), 450 U. S. 995;

No. 80–1229. EHRMAN *v.* CITY OF PHILADELPHIA, 450 U. S. 997;

No. 80–1378. CASAREZ-ULLOA, AKA MOLINA *v.* UNITED STATES, 450 U. S. 999; and

No. 80–5942. AMADEO *v.* RUSSEAU, SHERIFF, 450 U. S. 1035. Petitions for rehearing denied.